In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-364 CR


____________________



LATERIK DIVENSKI CLEMONS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 90550






 MEMORANDUM OPINION 


 Pursuant to a plea bargain, appellant Laterik Divenski Clemons pled no contest to
injury to a child. The trial court found the evidence sufficient to find Clemons guilty, but
deferred further proceedings, placed Clemons on probation for five years, and assessed a fine
of $1,000. On May19, 2006, the State filed a motion to revoke Clemons's unadjudicated
probation. Clemons pled "true" to three violations of the conditions of his probation. The
trial court found that Clemons violated the conditions of his probation, found Clemons guilty
of injury to a child, and assessed punishment at ten years of confinement. 

 Clemons's appellate counsel filed a brief that presents counsel's professional
evaluation of the record and concludes the appeal is frivolous. See Anders v. California, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978). We reviewed the appellate record, and we agree with counsel's conclusion that
no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment
of new counsel to re-brief the appeal. Compare Stafford v. State, 813 S.W.2d 503, 511 (Tex.
Crim. App. 1991). We affirm the trial court's judgment. (1)

 AFFIRMED.

 _________________________________

 HOLLIS HORTON 

 Justice 

Submitted on February 13, 2007

Opinion Delivered February 28, 2007 

Do Not Publish


Before McKeithen, C.J., Kreger and Horton, JJ.
1. Appellant may challenge our decision in this case by filing a petition for discretionary
review. See Tex. R. App. P. 68
.